IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALBERTO ARREOLA and
GABRIELA ARREOLA,

            Plaintiffs,

v.

WASHINGTON MUTUAL BANK, F.A., et al.,

           Defendants.

NO. C09-2185 TEH

ORDER CONTINUING HEARING DATE

To accommodate the Court's calendar, the hearings on Defendant JPMorgan Chase Bank's (1) motion to dismiss and (2) motion to expunge recorded lis pendens and for award of costs and attorneys' fees are hereby CONTINUED from August 10, 2009, to **September 14, 2009, at 10:00 AM.** The briefing schedules shall remain unchanged. Thus, Plaintiffs' opposition briefs shall continue to be due on **July 20, 2009,** and Defendant's reply briefs shall continue to be due on **July 27, 2009.**

**IT IS SO ORDERED.**

Dated: 07/16/09

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT