**LAWRENCE P. RAMIREZ, (State Bar No. 141550)**
**THE LITIGATION LAW GROUP**
111 North Market Street, Suite 1010
San Jose, CA 95113
Telephone:  (408) 971-1119
Facsimile:   (408) 971-1625

Attorneys for Plaintiffs
Alberto Arreola and Gabriela Arreola

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ALBERTO ARREOLA, GABRIELA ARREOLA, as individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>WASHINGTON MUTUAL BANK, F.A., a Federal Association, JP MORGAN CHASE BANK, a New York Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation, QUALITY LOAN SERVICE CORPORATION, a California Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants | Case No.: 3:09-CV-02185-TEH<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)** |

- 1 -
NOTICE TO DEFENDANTS OF EX PARTE MOTION TO EXTEND STATE COURT TRO AND TO REMAND

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiffs Alberto Arreola and Gabriela Arreola, by and through their attorneys, voluntarily dismiss the above captioned action without prejudice, each party to bear its own fees and costs.

Dated this July 22, 2009

Respectfully Submitted,

/s/
Lawrence P. Ramirez

